THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL and SHAVONNE TONNES,<br><br>        Plaintiff,<br><br>    v.<br><br>GOLDEN EAGLE FARMS, LTD; and U.S. GOLDEN EAGLE FARMS, LP,<br><br>        Defendants. | CASE NO. C18-0468-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to file over-length briefs (Dkt. No. 12). Pursuant to the parties' stipulation, the motion is GRANTED. Plaintiffs may file a motion for partial summary judgment that is up to 44 pages. Defendant Golden Eagle Farms, LP, may file a response that is up to 44 pages. Plaintiffs' reply may be up to 22 pages. Given the length of the proposed briefing, the parties shall meet and confer to set a briefing schedule for Plaintiffs' motion for partial summary judgment that provides additional time for responses and replies than is required under Local Civil Rule 7(d)(3).

//

//

1       DATED this 11th day of March 2019.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Tomas Hernandez
                                                  Deputy Clerk

MINUTE ORDER
C18-0468-JCC
PAGE - 2