THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL and SHAVONNE TONNES,<br><br>Plaintiff,<br>v.<br><br>GOLDEN EAGLE FARMS, LTD; and U.S.<br>GOLDEN EAGLE FARMS, LP,<br><br>Defendants. | CASE NO. C18-0468-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties stipulated motion to dismiss Defendant Golden Eagle Farms, LTD. (Dkt. No. 11). Pursuant to the parties' stipulation, the motion is GRANTED. All claims against Defendant Golden Eagle Farms, LTD are hereby DISMISSED. This order does not affected Plaintiffs' claims against Golden Eagle Farms, LP.

DATED this 12th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0468-JCC
PAGE - 1