THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL and SHAVONNE TONNES,

        Plaintiff,

   v.

U.S. GOLDEN EAGLE FARMS, LP,

        Defendant.

CASE NO. C18-0468-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to establish a briefing schedule (Dkt. No. 19). Finding good cause, the Court ADOPTS the parties' stipulation. With regard to Plaintiffs' motion for partial summary judgment (Dkt. No. 15) the Court ENTERS the following briefing schedule:

| Event | Deadline |
|---|---|
| Defendant's inspection of Plaintiffs' property | April 9, 2019 |
| Defendant's deposition of Plaintiffs' expert | No later than May 7, 2019 |
| Defendant's response | May 20, 2019 |
| Plaintiffs' deposition of Defendant's expert | No later than June 7, 2019 |
| Plaintiffs' reply | June 17, 2019 |

MINUTE ORDER
C18-0468-JCC
PAGE - 1

1 | The Clerk is DIRECTED to re-note Plaintiffs' motion for partial summary judgment to
2 | June 17, 2019. The above briefing schedule does not alter any of the other deadlines established
3 | in the Court's scheduling order. (*See* Dkt. No. 8.) The parties shall meet and confer to amend the
4 | above briefing schedule, as needed.

DATED this 28th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
