UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL and SHAVONNE TONNES,<br><br>Plaintiffs,<br>v.<br><br>U.S. GOLDEN EAGLE FARMS, LP,<br><br>Defendant. | CASE NO. C18-0468-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Pursuant to Local Civil Rule 7(l), the Clerk is DIRECTED to re-note Plaintiffs' motion for partial summary judgment to June 28, 2019.

DATED this 18th day of June 2019.

        William M. McCool
        Clerk of Court

        s/Tomas Hernandez
        Deputy Clerk