THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL and SHAVONNE TONNES, | CASE NO. C18-0468-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| U.S. GOLDEN EAGLE FARMS, LP, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Pursuant to Local Civil Rule 7(l), the Clerk is DIRECTED to re-note Plaintiff's motion for partial summary judgment to June 28, 2019.

DATED this 20th day of June 2019.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk