UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL and SHAVONNE TONNES, | CASE NO. C18-0468-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| U.S. GOLDEN EAGLE FARMS, LP, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from deadline (Dkt. No. 33). Finding good cause, the stipulated motion is GRANTED. The parties shall complete a good faith mediation no later than July 25, 2019.

DATED this 11th day of July 2019.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk