THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL and SHAVONNE TONNES,<br><br>Plaintiffs,<br>v.<br><br>U.S. GOLDEN EAGLE FARMS, LP,<br><br>Defendant. | CASE NO. C18-0468-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from a deadline (Dkt. No. 37). Finding good cause, the motion is GRANTED. Defendant shall file its reply to Plaintiff's declaration in support of attorney fees (Dkt. No. 36) no later than July 31, 2019.

DATED this 26th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0468-JCC
PAGE - 1