THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL and SHAVONNE TONNES, | CASE NO. C18-0468-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| U.S. GOLDEN EAGLE FARMS, LP, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and stipulated motion to continue trial (Dkt. No. 41). Based on the parties' representations regarding the progress of settlement negotiations, the Court finds good cause to continue the trial date. The Court AMENDS its case scheduling order as follows:

| Event | Deadline |
|---|---|
| Pretrial Order | March 30, 2020 |
| Trial Briefs | April 6, 2020 |
| Proposed finds of facts and conclusions of law | April 20, 2020 |
| Bench Trial | April 20, 2020 |

Given the new trial date and the parties' representations regarding settlement, and in the

MINUTE ORDER
C18-0468-JCC
PAGE - 1

interests of conserving judicial resources, the Clerk is DIRECTED to re-note Plaintiffs' motion for partial summary judgment (Dkt. No. 15) to January 10, 2020. *See* W.D. Wash. Local Civ. R. 7(l).

DATED this 5th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
